UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

25-cv-2810 (PKC)
19-cr-464 (PKC)

-against-

ORDER

BRYAN ADAM PIVNICK,

Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Defendant Bryan Adam Pivnick has filed motions seeking relief under 28 U.S.C. § 2255 and the issuance of a writ of error coram nobis. On October 20, 2025, the Court issued an Order directing the government to respond by December 10, 2025. (19-cr-464, ECF 108; 25-cv-2810, ECF 12.) That Order directed the government to address "(1) whether that motion or petition ought to be construed as a habeas petition, a writ of coram nobis or a section 2255 motion, (2) whether it is timely and (3) assuming that it is a timely, should it be granted." Id.

The government has not responded to the motion and has not requested an extension of its time do so. The government is ORDERED to submit its response to defendant's motions no later than November 9, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 6, 2026

COPY MAILED TO:

Bryan Adam Pivnick
Reg. No. 91274-054
FCI Fort Dix
Federal Correctional Institution
P.O. BOX 2000
Joint Base MDL, NJ 08640